

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 JAN -8 PM 2:05

| | | |
|---|---|---|
| BARNES GROUP INC. | ) | CASE NO.: C-1-02415 |
| | ) | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | ) | |
| vs. | ) | |
| | ) | **AMENDMENT TO CONSENT DECREE** |
| BYRON PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby agree, and the Court hereby orders, that the Consent Decree entered by this Court January 6, 2003, is amended as follows:

1.  Paragraph 5 of the original Consent Decree is deleted in its entirety, it being agreed and acknowledged by the parties that Defendant shall not be required to manufacture and sell, and Plaintiff shall not be obligated to purchase or otherwise pay for, any of the lever arm pins referenced in paragraph 5 of the original Consent Decree; and

2.  The following is added as a new term to the Consent Decree: Defendant agrees to sell to Plaintiff, and Plaintiff agrees to purchase, the following equipment at the prices indicated:

|   | Equipment | Price |
|---|---|---|
| a. | 1995 L20 Citizen CNC Lathe | $35,105.00 |
| b. | G1-80 Press | $21,420.00 |
| c. | B310 Orbit Form | $2,975.00 |

Defendant will have the above equipment ready for shipment by January 8, 2004 and Plaintiff will bear all shipping costs. Defendant represents

that to its knowledge the above equipment is in good working order and free of any material defect. Plaintiff acknowledges that the purchase of such equipment is on an "as is, where is" basis.

Other than paragraph 5 thereof, all terms of the original Consent Decree remain in full force and effect.

_____
MAYNARD A. BUCK (0022423)
ANNA K. RASKE (0066997)
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2378
Tel:     (216) 363-4500
Fax:    (216) 363-4588
E-Mail: mbuck@bfca.com
         araske@bfca.com

Attorneys for Plaintiff
Barnes Group Inc.

_____
GREGORY E. HULL (0023520)
THOMAS A. DIERLING (0074438)
Millikin & Fitton Law Firm
A Legal Professional Association
6 South Second Street
P.O. Box 598
Hamilton, OH 45012
Tel:     (513) 863-6700
Fax:    (513) 863-0031

Attorneys for Defendant
Byron Products, Inc.

**SO ORDERED:**

_____
Sandra S. Beckwith,
**United States District Judge**